**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kellen Lamon JOHNSON,
Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Kellen Lamon Johnson, Defendant–
Appellant.**

Nos. 06–30358, 06–30367.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 18, 2007.

USGF–Office of the U.S. Attorney,
Great Falls, MT, for Plaintiff–Appellee.

Wendy L. Holton, Esq., Helena, MT, for
Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON
and BEA, Circuit Judges.

MEMORANDUM **

Kellen Lamon Johnson appeals from the
60–month sentence imposed following his
guilty plea convictions for conspiracy to
possess with intent to distribute cocaine
and exporting firearms without a license,
in violation of 21 U.S.C. §§ 841 and 846,
and 22 U.S.C. § 2778(b). We have juris-
diction pursuant to 28 U.S.C. § 1291.

Johnson contends that the district court
erred by concluding that it could not apply
the safety valve statute, 18 U.S.C.
§ 3553(f), in light of the Supreme Court's
holding in *United States v. Booker*, 543
U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621
(2005). We agree, and we vacate the sen-
tence and remand for further proceedings
consistent with *United States v. Cardenas–
Juarez*, 469 F.3d 1331, 1335 (9th Cir.2006).

**VACATED and REMANDED.**

** This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

